JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MACLEOD,<br><br>    Plaintiff,<br><br>v.<br><br>EMERSON RETAIL SERVICES, INC.<br><br>    Defendant. | Case No. ED CV 11-0159 FMO (PLAx)<br><br>**JUDGMENT** |

On November 18, 2014, the foregoing matter was called for trial before the undersigned judge. On that date a panel of jurors was called and sworn. Following presentation of evidence, argument of counsel and instructions by the court, the case was submitted to the jury for decision. On November 21, 2014, the jury returned a unanimous verdict. Pursuant to the jury's verdict, IT IS ADJUDGED as follows:

    1. Plaintiff Donald MacLeod shall recover from defendant Emerson Retail Services, Inc., the amount of $101,565.52 for unpaid overtime compensation, $8,750.00 in waiting time penalties, plus prejudgment interest in the amount of $49,090.00, for a total of **$159,405.52**. Post-judgment interest shall be at the rate of 10%. Costs and attorney's fees shall be determined at a later time.

    2. Counterclaim plaintiff Emerson Retail Services, Inc. shall recover nothing on its counterclaims.

Dated this 8th day of December, 2014.

                                          /s/
                                  Fernando M. Olguin
                              United States District Judge