# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MACLEOD,<br><br>        Plaintiff,<br><br>     v.<br><br>EMERSON ELECTRIC CO., et al.,<br><br>        Defendants. | Case No. ED CV 11-0159 FMO (PLAx)<br><br>**JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that defendant Emerson Retail Services, Inc. shall pay plaintiff's attorney's fees in the amount of **$304,273.75** and non-taxable costs in the amount of **$11,814.20**.

Dated this 8th day of September, 2015.

                                                            /s/
                                          Fernando M. Olguin
                                     United States District Judge